DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801  FAX (650) 345-1514
(707) 544-5500  FAX (707) 544-0475



UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:
    ROBERT DAVID and SANDRA LYNN
BACON

Chapter 13
Case No. 98-1-3683 AJ13

NOTICE OF UNCLAIMED
CHAPTER 13 DEBTOR REFUNDS

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant To Federal Rule of Bankruptcy Procedure 3011, the Trustee hereby turns over to the Court, unclaimed debtor refunds in the amount of $4.60 as follows:

| Name and Address of Claimant | Unclaimed Refund |
|---|---|
| ROBERT DAVID and SANDRA LYNN BACON<br>811 PEARL ST.<br>EUREKA, CA 95503-0000 | $4.60 |

Dated:  August 4, 2010

_____
CECILIA MARCELO
Receipts Administrator